Argued and submitted February 5, affirmed March 18, 1998

Angela Dawn RUSSELL,
*Respondent,*

*v.*

Craig Scott WALDRON,
*Appellant,*
*and*

STATE OF OREGON,
*Intervenor.*

(96D01102ST; CA A94478)

952 P2d 576

Doyle L. Schiffman argued the cause and filed the briefs for appellant.

No appearance for respondent Angela Dawn Russell.

Robert M. Atkinson, Assistant Attorney General argued the cause for intervenor State of Oregon. With him on the *amicus curiae* brief were Hardy Myers, Attorney General and Virginia L. Linder, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Riggs, Judge.*

PER CURIAM

Affirmed. *Delgado v. Souders,* 146 Or App 580, 934 P2d 1132, *rev allowed* 326 Or 43 (1997); *State v. Rangel,* 146 Or App 571, 934 P2d 1128, *rev allowed* 325 Or 367 (1997).

---

* Riggs, J., *vice* Leeson, J., resigned.